No. 14–0295/AR. U.S. v. James E. Ford. CCA 20110417. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 21, 2014.

No. 14–0296/AR. U.S. v. Paul Bearden, Jr. CCA 20110754. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 21, 2014.

No. 14–0297/AR. U.S. v. Allen D. Chestnut. CCA 20120612. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 21, 2014.

No. 14–0298/AR. U.S. v. Edmond D. Jones. CCA 20111011. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 21, 2014.